1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK HELOU (CABN 218225)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California  94102
     Telephone:    (415) 436-7071
8    Facsimile:    (415) 436-7234
     Tarek.J.Helou@usdoj.gov
9

10 Attorneys for the United States

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION                        **BZ**

14
   UNITED STATES OF AMERICA,        )   CRIMINAL NO. **3  08  70368**
15                                   )
         Plaintiff,                  )
16                                   )   NOTICE OF PROCEEDINGS ON
       v.                            )   OUT-OF-DISTRICT CRIMINAL
17                                   )   CHARGES PURSUANT TO RULES
   ELGIN BUSHHEAD,                   )   5(a)(2)(B) AND 32.1 OF THE FEDERAL
18                                   )   RULES OF CRIMINAL PROCEDURE
                                     )
19       Defendant.                  )
                                     )
20 _____   )

21     Please take notice pursuant to Rules 5(a)(2)(B) and 32.1 of the Federal Rules of Criminal

22 Procedure that on __June 17, 2007__, the above-named defendant was arrested based upon an

23 arrest warrant (copy attached) issued upon an

24    ☐ Indictment

25    ☐ Information

26    ☐ Criminal Complaint

27    ■ Other (describe)  __Form 12 – Violation of Supervised Release__  pending in the

28 __Southern__ District of __California__, Case Number __06-CR-00398-H__.

1  In that case, the defendant is charged with violating __18 U.S.C. § 3583(e)__.

2  Description of Charges: (1) robbery; (2) resisting arrest; (3) failing to notify probation officer

3  of change of address; and (4) failure to complete residential drug treatment program.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 6/17/08

TAREK HELOU
Assistant U.S. Attorney

2