| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 5 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lashanda Scott | | | REPORTER/FTR<br>10:53-10:58 | | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | | DATE<br>June 18, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>3-08-70368 BZ | | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Elgin Quinn Bushhead | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ronald Tyler (provisional appnt) | | PD. ☐ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Tarek Helou | | INTERPRETER | | FIN. AFFT<br>SUBMITTED ☐ | | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER<br>Bobby Love | | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | | PARTIAL PAYMENT<br>OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR | | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☒ DETENTION HRG | | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH    $ | | | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | | ☐ PRETRIAL SERVICES REPORT | | ☒ DETAINED  ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF Southern District of California | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>7/9/2008 | | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT:<br>9:30 a.m. | | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | | ☒ OTHER<br>Status re Removal |
| BEFORE HON.<br>NJV | | ☐ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |
| Defendant admits to being the person charged in the Southern District of California. Defendant waived identity/removal hearing. If the defendant has not been removed from the Northern District of California the defendant shall appear before Judge Vadas on 7/9/2008 re the status of removal.  cc: NJV, Pretrial, Brenda | | | | | | | |
| | | | | | | DOCUMENT NUMBER: | |