AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>ELGIN QUINN BUSHHEAD | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-08-70368 BZ | 06cr398H | Northern District of California | Southern District of California |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☐ Complaint    X Other (specify)  Supervised Release Violation

charging a violation of    18    U.S.C. § 3583

**DISTRICT OF OFFENSE**
Southern District of California

**DESCRIPTION OF CHARGES:**

Supervised Release Violation: **DEFENDANT TO APPEAR BEFORE MAGISTRATE JUDGE WILLIAM MCCURINE ON JULY 11, 2008 AT 10:00 A.M., SOUTHERN DISTRICT OF CALIFORNIA COURTHOUSE, IN COURTROOM C, SAN DIEGO, CA.**

**CURRENT BOND STATUS:**

☐ Bail fixed at                and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other    Defendant admits to being the person charged in the Southern Dist. of California. Deft waived identity/removal hearing. Deft to appear before Judge McCurine on 7/11/2008 at 10:00 a.m.

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6/18/08
Date                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |