**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 20, 2008

U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101



| | |
|---|---|
| Case Name: | US-v- Bushhead |
| Case Number: | 3-08-70368 MAG |
| Charges: | 18:3583 |

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Vadas. The following action has been taken:

        (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
        ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
        original Rule 40 affidavit
        original minute orders
        certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office